# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**TERESA DIANNE GOSA**                                                                       **PLAINTIFF**

V.                          **CASE NO.: 2:14CV00082 BD**

**CAROLYN W. COLVIN, Commissioner,**
**Social Security Administration**                                                          **DEFENDANT**

## JUDGMENT

Plaintiff Teresa Dianne Gosa's appeal is denied, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 1st day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE